UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-22203-CIV-MORENO

CITY OF MIAMI GARDENS,

    PLAINTIFF,

vs.

WELLS FARGO & CO. and WELLS FARGO BANK, N.A.,

    Defendants.
_____/

## ORDER DISMISSING CASE FOR LACK OF SUBJECT-MATTER JURISDICTION

THIS CAUSE came before the Court upon the mandate from the Eleventh Circuit Court of Appeals **(D.E. 230)**, filed on **May 5, 2020**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the case is DISMISSED for lack of subject-matter jurisdiction for the reasons stated in the mandate.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of May 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record